UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA


TERILYNN NICHOLSON, as the Next          )
of Kin and Representative of the          )
Beneficiaries of Tory Hardy, Deceased,    )
                                          )
        *Plaintiff,*                       )
v.                                        )          No. 1:04-cv-168
                                          )          *Edgar*
CITY OF CHATTANOOGA,                      )
TENNESSEE, a Tennessee Municipal          )
Corporation; HAMILTON COUNTY,             )
TENNESSEE; JOHN DOE CITY OF               )
CHATTANOOGA POLICE OFFICER,               )
individually and in his official capacity; and  )
JOHN DOE HAMILTON COUNTY                  )
SHERIFF'S DEPARTMENT OFFICER,             )
individually and in his official capacity, )
                                          )
        *Defendants.*                      )


**JUDGMENT**


        In accordance with the accompanying memorandum opinion, the motion for summary

judgment by defendants City of Chattanooga, Tennessee and John Doe City of Chattanooga

Police Officer [Court Doc. No.23-1] is **GRANTED**.  The motion for summary judgment brought

by Hamilton County, Tennessee and John Doe Hamilton County Sheriff's Department Officer

[Court Doc. No. 25] is **GRANTED**.  All claims brought by plaintiff Terilynn Nicholson, as the

next of kin and representative of Tory Hardy, against defendants City of Chattanooga,

Tennessee,  John Doe City of Chattanooga Police Officer, Hamilton County, Tennessee, and

John Doe Hamilton County Sheriff's Department Officer are **DISMISSED WITH**

**PREJUDICE**.

Costs are awarded to the defendants.  The Clerk of the Court shall close the file in this case.  This is a **FINAL JUDGMENT**.

ENTER this *17th day of October, 2005*.


                                    */s/ R. Allan Edgar*
                              R. ALLAN EDGAR
                    CHIEF UNITED STATES DISTRICT JUDGE